ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAMAJA CUNNINGHAM, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an unknown entity; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-02324-CDS-EJY<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** |

Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY hereby substitutes the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, as sole counsel of record for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY in place and stead of MESSNER REEVES, LLP.

DATED this ___ day of _____, 2025.

By _____
*Lori Craig* (Digitally signed by Lori Craig, Date: 2025.05.27 10:40:49 -07'00')
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

/ / /

/ / /

156465023.1

**CONSENT TO SUBSTITUTION**

M. Caleb Meyer, Esq. and Karie N. Wilson, Esq., hereby agree and consent to the substitution of Robert W. Freeman, Esq. and Francis A. Arenas, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, as sole counsel of record for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in the above-entitled action.

DATED this 27th day of May, 2025.

MESSNER REEVES, LLP

By  /s/ M. Caleb Meyer
M. CALEB MEYER
Nevada Bar No. 13379
KARIE N. WILSON
Nevada Bar No. 7957
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**ACCEPTANCE OF SUBSTITUTION**

Robert W. Freeman, Esq. and Francis A. Arenas, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby accept the substitution as sole counsel of record for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in the above-entitled action.

DATED this 30th day of May, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Francis A. Arenas
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**IT IS SO ORDERED.**

_____
U.S. MAGISTRATE JUDGE

**Date:  May 30, 2025**