ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAMAJA CUNNINGHAM, an individual, | CASE NO. 2:24-cv-02324-CDS-EJY |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | **[THIRD REQUEST]** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an unknown entity; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by sixty-two (62) days, up to and including *Monday, May 4, 2026.* In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. This is the parties' second request to extend discovery. In support of this Stipulation and Request, the parties state as follows:

**DISCOVERY COMPLETED**

1. On January 27, 2025, Plaintiff served their Initial Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

2. On April 8, 2025, Defendant served their Initial Disclosures of Witnesses and

168417263.1

Production of Documents Pursuant to FRCP 26.1.

3. On April 8, 2025, Plaintiff served their Requests for Admissions, Interrogatories and Request for Production of Documents on Defendant. Defendant SFMAIC responded to Plaintiff's written discovery on June 6, 2025.

4. On April 22, 2025, Defendant SFMAIC served their First Supplement to FRCP 26 List of Witnesses and Documents.

5. On June 6, 2025, Defendant SFMAIC served their Second Supplement to FRCP 26 List of Witnesses and Documents.

6. On August 12, 2025, Defendant SFMAIC served their Requests for Admission, Interrogatories, and Request for Production of Documents on Plaintiff. Plaintiff served his responses on October 8, 2025.

## DISCOVERY REMAINING

1. The parties will continue participating in written discovery.

2. Defendant will continue to collect Plaintiff's medical records.

3. The deposition of Plaintiff will be noticed and taken.

4. Plaintiff will depose Defendant's FRCP 30(b)(6) witness(es).

5. Plaintiff will depose Defendant State Farm's representative, Leann Grauer.

6. The parties may depose any and all other witnesses garnered through discovery, potentially including treatment providers and claims adjusters.

7. The parties will designate expert witnesses and may conduct depositions of those expert witnesses.

8. Any and all remaining discovery required as permitted by the Federal Rules of Civil Procedure.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties have been diligent in moving the case forward: participating in a reasonable amount of discovery, including exchanging their initial lists of witnesses and documents; supplemental lists of witnesses and documents, propounding written discovery requests and preparing responses thereto.

168417263.1                                   2

Counsel for Defendant is currently preparing for trial in *Omran v. State Farm Mutual Automobile Insurance Company*, Case No. 2:23-cv-00431-RFB-BNW and *Motley v. Malta, et al*, Case No. 2:21-cv-02075-GMN-BNW. Additionally, Counsel for Defendant is also preparing for Settlement Conferences in *Melnek v. LVMPD, et al.*, Case No. 2:23-cv-01303-GMN-MDC, and *Shipp v. LVMPD, et. al.,* Case No. 2:24-cv-02062-GMN-EJY.

Additionally, Defendant is currently preparing a Motion for Protective Order that will be filed with the Court withing the next 30 days.

The parties require additional time to complete case depositions. For those reasons, the parties respectfully request an extension of the discovery deadlines in this matter.

This is the third request for an extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | Tuesday, March 3, 2026 | Monday, May 4, 2026 |
| Amend Pleadings or Add Parties | Closed | Closed |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | Friday, January 2, 2026 | Thursday, March 5, 2026 |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | Monday, February 2, 2026 | Monday, April 6, 2026 |
| Dispositive Motions | Thursday, April 2, 2026 | Wednesday, June 3, 2026 |
| Pretrial Order | *Monday, May 4, 2026; or* if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. | *Monday, July 6, 2026;* or if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. |

/ / /

/ / /

/ / /

1  WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty-two (62) days from the current deadline of Tuesday, March 3, 2026, up to and including Monday, May 4, 2026, and the other dates as outlined in accordance with the table above.

Dated this 23rd day of December, 2025                Dated this 23rd day of December, 2025

THE SCHNITZER LAW FIRM                LEWIS BRISBOIS BISGAARD & SMITH LLP

 /s/ Jordan P. Schnitzer                    /s/ Francis A. Arenas
JORDAN P. SCHNITZER                ROBERT W. FREEMAN
Nevada Bar No. 10744                Nevada Bar No. 3062
710 South 9th Street, Suite 2            FRANCIS A. ARENAS
Las Vegas, Nevada 89101            Nevada Bar No. 6557
                        6385 S. Rainbow Boulevard, Suite 600
KRISTOPHER T. ZEPPENFELD            Las Vegas, Nevada 89118
Nevada Bar No. 12144                *Attorneys for Defendant State Farm Mutual*
VEGAS VALLEY INJURY LAW            *Automobile Insurance Company*
710 South 7th Street, Suite C
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

## **ORDER**

IT IS SO ORDERED; provided, however, no further extensions of discovery will be granted.

DATED this 23rd day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

168417263.1                        4